OPINION OF THE COURT BY JUDGE DIETZMAN—Reversing.

This is a companion case to that of Andrews Steel Co. v. James C. Davis, Director General of Railroads, 210 Ky. 473, 275 S. W. —. For the reasons stated in that opinion the judgment in this case is reversed, with instructions to dismiss the petition.

---

## Newport Rolling Mill Company v. James C. Davis, Director General of Railroads.

(Decided October 9, 1925.)

### Appeal from Campbell Circuit Court.

J. V. NORMAN, FRANK V. BENTON, C. W. YUNGBLUT and L. W. SCOTT for appellant.

J. C. WRIGHT, MATT HEROLD and WOODWARD, WARFIELD & DAWSON for appellee.

OPINION OF THE COURT BY JUDGE DIETZMAN—Reversing.

This is a companion case to that of Andrews Steel Co. v. James C. Davis, Director General of Railroads, 210 Ky. 473, 275 S. W. —. For the reasons stated in that opinion the judgment in this case is reversed, with instructions to dismiss the petition.

---

## City of Owensboro v. Board of Trustees of Public Library of Owensboro.

(Decided October 9, 1925.)

### Appeal from Daviess Circuit Court.

1. Fines—Statutory Appropriation of Fines to "Maintain" Free Public Libraries Held Applicable Whether Libraries Already Established or Not.—Acts 1920, c. 146, appropriating half of police court forfeitures, fines and costs to maintenance of free public libraries in cities and towns of classes named, held applicable to cities and towns in which libraries were already established as well as to those where libraries were to be thereafter established.

2. Statutes—Statute Relating to Public Libraries Held Not Invalid as Amendment of Prior Statute Without Re-enactment and Pub-